IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT | Case No.   4:24-MJ-472<br><br>[FILED UNDER SEAL] |

I, Brian Minnehan, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a police officer with the Des Moines Police Department since 2012 and am currently assigned to the Des Moines Police Department's Intelligence Unit. I have been in the Investigations Division since December 2017. I have a bachelor's degree in Law Enforcement and Justice Administration from Western Illinois University, and I also attended a 22-week training academy at the Des Moines Police Department's Regional Academy. Throughout my law enforcement career, I have completed countless trainings regarding drug crimes and investigations, firearms crimes and investigations, social media investigations, gang-related crimes and investigations, robberies, and homicide investigations.

2. Throughout my career I have been assigned to investigate numerous criminal offenses, to include but not limited to, drug crimes, unlawful firearms possession and trafficking, robberies, home invasions, gang investigations, shootings, and homicides which have led to successful arrests and prosecutions of individuals

involved in these crimes. During the course of my employment, I have written and participated in multiple search warrants related to firearms and drug trafficking violations, crimes of violence, as well as gang-related crimes, which resulted in felony arrests, search warrants, criminal complaints, and the confiscation of controlled substances, firearms, and other items of evidentiary value. Based on my training and experience, I am familiar with the habits and behaviors of those engaged in illegal firearms possession, as well as illegal drug possession, distribution, and use. I am also familiar with the habits and practices of those engaged in gang-related activity, including racketeering as defined under federal law.

3. In the course of my duties, I have conducted or participated in physical surveillance, numerous social media investigations, the execution of search warrants, debriefing of informants, and interviews of witnesses. I have also attended numerous trainings regarding violent crime, drug, weapons, and gang investigations.

4. Based on my training and experience as a police officer and more specifically as an investigator, I have the requisite expertise to identify a host of controlled substances to include cocaine, cocaine base "crack," ecstasy, heroin, fentanyl, marijuana, methamphetamine, synthetic cannabinoids, and synthetic cathinones. I am further familiar with the manner in which individuals will use, market, sell, and deliver controlled substances, simulated controlled substances, and imitation controlled substances. I am familiar with the modus operandi of those who use, market, sell, and deliver controlled substances, simulated controlled substances, and imitation controlled substances.

4:24-MJ-472

5. I know from my previous training and experience that pursuant to Title 18, United States Code, Section 922(g)(3), it is unlawful to knowingly ship, transport, possess, or receive a firearm or ammunition in interstate or foreign commerce by a person who is a user of, or addicted to, any controlled substance.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that Shawnna Marie CUNNINGHAM has committed a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8) (unlawful user in possession of a firearm).

## PROBABLE CAUSE

6. On September 16, 2024, at approximately 1:40 a.m., Des Moines Police Department (DMPD) patrol officers initiated a traffic stop on a 2005 Ford Focus. The driver of this vehicle, later identified as Joshua Dean Green, led officers on a brief vehicle pursuit which ended with the Ford Focus being disabled. Once the vehicle was stopped, officers gave Green numerous orders to exit the vehicle, but he did not comply. Ultimately, one officer deployed his taser, at which point officers attempted to physically remove Green from the vehicle.

4:24-MJ-472

7. As officers physically struggled to remove Green, Green produced a Smith and Wesson M&P, nine-millimeter pistol (SN: JDB8927) and began firing at officers. Green's shots struck one DMPD officer in the head and another DMPD officer in the arm. Numerous officers returned fire, striking Green, who ultimately died from his injuries. Green, a convicted felon, was prohibited from possessing firearms or ammunition.

8. The Ford Focus being driven by Green was occupied by an additional passenger, identified as CUNNINGHAM. CUNNINGHAM was removed from the vehicle by officers, and later transported to the DMPD station to be interviewed. A methamphetamine pipe was located in CUNNINGHAM's bra after being detained.

9. During a post-Miranda interview, CUNNINGHAM admitted to investigators that she had purchased the above-noted nine-millimeter pistol GREEN used to shoot at the DMPD officers. CUNNINGHAM also admitted to possessing it within the vehicle at the time of the traffic stop. CUNNINGHAM denied providing the pistol to Green prior to the shooting. CUNNINGHAM admitted to using methamphetamine on the date of the shooting, and stated that prior to this date she had not used methamphetamine in the past 30 days. CUNNINGHAM also admitted she knew Green was a convicted felon.

10. On September 16, 2024, a search warrant was signed by United States Magistrate Judge William P. Kelly authorizing law enforcement to obtain a sample of CUNNINGHAM's urine and/or hair, to be tested for the presence of controlled substances. I obtained a sample of CUNNINGHAM's urine a short time after this

warrant was signed. This sample has been submitted to the Iowa Department of Criminal Investigation (DCI) Laboratory for testing, and the results of this testing are pending at this time.

11. A preliminary examination of the Smith and Wesson M&P, nine-millimeter pistol (SN: JDB8927), has been conducted by an interstate nexus expert with the ATF. This preliminary examination revealed the firearm was manufactured outside the state of Iowa and therefore traveled in interstate commerce. Additionally, the pistol meets the definition of a firearm, pursuant to 18 U.S.C. § 921(a)(3).

12. As part of this investigation, I have reviewed the purchase and possession history of the Smith and Wesson M&P, nine-millimeter pistol (SN: JDB8927). The gun was purchased by CUNNINGHAM in May 2020. In September 2021, Green was arrested in possession of this same gun—the Smith and Wesson M&P, nine-millimeter pistol (SN: JDB8927)—and convicted of unlawfully possessing that gun as a felon. In March 2022, after Green was convicted of unlawfully possessing gun, it was returned to CUNNINGHAM, the original purchaser, at her request. On September 16, 2024, Green again possessed this same gun—this time using it to shoot two police officers.

4:24-MJ-472

## CONCLUSION

13. Based upon the foregoing facts, there is probable cause to believe that Shawnna Marie CUNNINGHAM has committed a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8) (unlawful user in possession of a firearm).

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

_____
Brian Minnehan, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to before me this 18th day of September, 2024.

_____
The Honorable William P. Kelly
United States Magistrate Judge